HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, National Association,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-00287-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff U.S. Bank, National Association ("U.S. Bank" or "the Bank"), by and through its attorney of record, Kevin S. Soderstrom, Esq. of the law firm Tiffany & Bosco, P.A., and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Diana S. Cline, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its responsive pleading to U.S. Bank's complaint to **June 4, 2015.**

///

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party, but rather to allow SFR to more time to consider its response.

DATED this 5th day of May, 2015.                    DATED this 5th day of May, 2015.

**HOWARD KIM & ASSOCIATES**                         **TIFFANY & BOSCO, P.A.**

*/s/ Diana S. Cline*                                */s/ Kevin S. Soderstrom*
Howard C. Kim, Esq.                                 Gregory L Wilde, Esq.
Nevada Bar No. 10386                                Nevada Bar No. 4417
Diana S. Cline, Esq.                                Kevin S. Soderstrom, Esq.
Nevada Bar No. 10580                                Nevada Bar No. 10235
Jacqueline A. Gilbert, Esq.                         212 South Jones Blvd.
Nevada Bar No. 10593                                Las Vegas, NV 89107
1055 Whitney Ranch Drive, Suite 110                 *Attorneys for U.S. Bank, N.A*
Henderson, Nevada 89014
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

Dated this __6th__ day of May, 2015.

                                                    _____
                                                    GEORGE FOLEY, JR.
*Respectfully submitted by:*                        United States Magistrate Judge

**HOWARD KIM & ASSOCIATES**

*/s/ Diana S. Cline*
Diana S. Cline, Esq.
Nevada Bar No. 10580
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*