HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, National Association,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00287-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS REPLY TO U.S. BANK, N.A.'S OPPOSITION TO THE MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff U.S. Bank, National Association ("U.S. Bank" or "the Bank"), by and through its attorney of record, Kevin S. Soderstrom, Esq. of the law firm Tiffany & Bosco, P.A., and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its reply to U.S. Bank's response to SFR's motion to dismiss **until July 16, 2015**, which is the same day SFR's response to U.S. Bank's countermotion for summary judgement is due. The reply is currently due on July 2, 2015.

///

- 1 -

1   This is the parties' first request for an extension and is not intended to cause any delay or
2   prejudice to any party, but rather to allow SFR the time to respond completely to U.S. Bank's
3   arguments made in opposition to SFR's motion and in support of its own countermotion.

4   DATED this 23rd day of June, 2015.                    DATED this 23rd day of June, 2015.

**HOWARD KIM & ASSOCIATES**                                **TIFFANY & BOSCO, P.A.**

*/s/Jacqueline A. Gilbert*                                 */s/Kevin S. Soderstrom*
Howard C. Kim, Esq.                                        Gregory L Wilde, Esq.
Nevada Bar No. 10386                                       Nevada Bar No. 4417
Diana S. Cline, Esq.                                       Kevin S. Soderstrom, Esq.
Nevada Bar No. 10580                                       Nevada Bar No. 10235
Jacqueline A. Gilbert, Esq.                                212 South Jones Blvd.
Nevada Bar No. 10593                                       Las Vegas, NV 89107
1055 Whitney Ranch Drive, Suite 110                        *Attorneys for U.S. Bank, N.A*
Henderson, Nevada 89014
*Attorneys for SFR Investments Pool 1, LLC*

### ORDER

IT IS SO ORDERED.

Dated this 25th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10580
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for SFR Investments Pool 1, LLC*