# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant. | Case No. 2:15-cv-00287-APG-GWF<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

This action originally was filed in this Court on the basis of diversity jurisdiction. (Dkt. #1.) The complaint contains no allegations regarding the citizenship of the plaintiff. It also does not allege the citizenship of the members of defendant SFR Investments Pool 1, LLC. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). As the party seeking to invoke this Court's jurisdiction, plaintiff U.S. Bank, N.A. bears the burden of establishing jurisdiction exits. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

IT IS THEREFORE ORDERED that on or before March 18, 2016, plaintiff U.S. Bank, N.A. shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction. If U.S. Bank does not file a response to this Order by that date, the case will be dismissed.

IT IS FURTHER ORDERED that defendant SFR Investments Pool 1, LLC shall file a response on or before March 25, 2016.

DATED THIS 10th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE