GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO, P.A.**
212 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 258-8200
Attorney for Plaintiff

TB #14-73163

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00287-APG-GWF |

## NOTICE OF CONSTITUTIONAL CHALLENGE

Pursuant to Fed. R. Civ. P. 5.1(a), please take notice that Plaintiff U.S. Bank, National Association ("hereinafter the Plaintiff") has challenged the constitutionality of NRS 116.31162 through 116.311638 in its Complaint filed on February 18, 2015. [Dkt No. 1]. The Plaintiff contends these statutes violate the Property Clause and the Supremacy Clause of the United States Constitution because the Federal Housing Administration has an interest in the deed of trust which is the subject of this action which is protected by the Property Clause and the Supremacy Clause of the United States Constitution. The Plaintiff also contends these statutes violate the Due Process Clauses and the Takings Clauses of the United States Constitution and the Nevada Constitution, as detailed more fully in the Plaintiff's Opposition to SFR Investments Pool 1, LLC's Motion to Dismiss Complaint. [Dkt No. 11].

- 1 -

Furthermore, pursuant to Fed. R. Civ. P. 5.1(a)(2), on April 29, 2016, the Plaintiff provided notice to the Office of the Attorney General for the State of Nevada. A copy of the correspondence is attached hereto as Exhibit 1.

DATED this 29th day of April, 2016.

**TIFFANY & BOSCO, P.A.**

/s/ Kevin S. Soderstrom
_____
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
212 S. Jones Boulevard
Las Vegas, NV 89107
Attorney for Plaintiff
U.S. Bank, National Association

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April 2016, I electronically transmitted the above NOTICE OF CONSTITUTIONAL CHALLENGE to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

I further certify that on this 29th day of April 2016 I placed a copy of the above NOTICE OF CONSTITUTIONAL CHALLENGE into a sealed envelope and mailed it via regular mail, postage prepaid, addressed to:

Adam P. Laxalt
Office of the Attorney General
State of Nevada
101 North Carson Street
Carson City, Nevada 89701

/s/ Jessica A. Moore
_____
An employee of Tiffany & Bosco, P.A.

- 2 -

# EXHIBIT 1

**TIFFANY & BOSCO**
P.A.

**Attorneys At Law**
LAS VEGAS, NV OFFICE
Matthew D. Dayton
Matthew K. Schriever
Kevin S. Soderstrom
Gregory L. Wilde

April 29, 2016

Via Certified Mail, Return Receipt Requested

Office of the Attorney General
State of Nevada
101 North Carson Street
Carson City, Nevada 89701

Re:  *U.S. Bank, National Association v. SFR Investments Pool 1, LLC*
United States District Court, Case No. 2:15-cv-00287-APG-GWF
TB #14-73163

To Whom It May Concern:

Pursuant to Fed. R. Civ. P. 5.1(a), please take notice that, in the above referenced action, Plaintiff U.S. Bank, National Association is challenging the constitutionality of NRS 116.3116, as detailed in the enclosed Complaint and Opposition to SFR Investments Pool 1, LLC's Motion to Dismiss Complaint filed in the above-referenced matter on February 18, 2015 and June 22, 2015, respectively.

If you have any questions, please feel free to contact me at any time.

Truly yours,

Kevin S. Soderstrom, Esq.

Encl:  Complaint
Opposition to SFR Investments Pool 1, LLC's Motion to Dismiss Complaint