# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, | Case No.: 2:15-cv-00287-APG-EJY |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Defendant | |

On September 23, 2019, the parties advised the court that they had reached a settlement and requested 90 days to file a stipulation of dismissal. More than 90 days have passed without a stipulation of dismissal being filed.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a status report by February 21, 2020

DATED this 3rd day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE