ACE C. VAN PATTEN, ESQ.
Nevada Bar No. 11731
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas NV 89135
Fax: (702) 258-8787
Attorneys for Plaintiff
14-73163

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-00287-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, U.S. Bank, National Association ("Plaintiff"), and Defendant, SFR Investments Pool 1, LLC ("Defendant") hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint and all pending claims are hereby dismissed with prejudice.

**IT IS HEREBY STIPULATED AND AGREED** that the Notice of Lis Pendens recorded on April 21, 2015, in the Official Records of the Clark County Recorder as Instrument No. 20150421-0000731, is expunged and is of no further force or effect.

/././
/././
/././
/././
/././

- 1 -

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys fees and costs.

DATED this 21st day of February, 2020.    DATED this 21st day of February, 2020.

TIFFANY & BOSCO, P.A.    KIM GILBERT EBRON

 /s/ Ace C. Van Patten, Esq.    /s/ Diana S. Ebron, Esq.
Ace C. Van Patten, Esq.    Diana S. Ebron, Esq.
Nevada Bar No. 11731    Nevada Bar No. 10580
*Attorneys for Plaintiff*    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 24, 2020.

Respectfully submitted by:

TIFFANY & BOSCO, P.A.

 /s/ Ace C. Van Patten, Esq.
Ace C. Van Patten, Esq.
*Attorneys for Plaintiff*